IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00610-AP

WAYNE ARCHER,

    Plaintiff,

    v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

William E. Benjamin
5350 Manhattan Circle, Suite 105
Boulder, Colorado 80303
Telephone: (303) 442-9005
Fax: (303) 442-2345
E mail: chrisnoel@noelaw.com

For Defendant:

Troy Eid
United States Attorney

Kevin Thomas Traskos
Assistant U.S. Attorney
Kevin.Traskos@usdoj.gov

Debra J. Meachum
Special Assistant U.S. Attorney
Telephone: (303) 844-1570
Fax: (303) 844-0770
debra.meachum@ssa.gov

Allan Berger
Special Assistant U.S. Attorney
Telephone: (303) 844-2149
allan.berger@ssa.gov

Fax: (303) 844-0770
1961 Stout St., Suite 1001A
Denver, CO 80294

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed: 3/25/08.**
    B.    **Date Complaint Was Served on U.S. Attorney's Office: 4/21/08**
    C.    **Date Answer and Administrative Record Were Filed: 6/19/08.**

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is finally drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** See paragraph four above.

**Defendant states:** None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:** This case involves no unusual claims. Plaintiff's counsel's scheduling conflicts in September 2008 necessitate the parties' proposed briefing dates at paragraph 8, below.

**Defendant states:** This case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

**Plaintiff states:** The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of his opening brief is filed.

**Defendant states**: To the best of his knowledge, there are no other matters.

### 8. BRIEFING SCHEDULE

  A. **Plaintiff's Opening Brief Due: 8/18/08**
  B. **Defendant's Response Brief Due: 9/19/08**
  C. **Plaintiff's Reply Brief Due: 10/3/08**

### 9. STATEMENTS REGARDING ORAL ARGUMENT

  A. **Plaintiff's Statement:** Oral Argument is requested if only to clarify any outstanding issues, and at the Court's behest.
  B. **Defendant's Statement:** Oral Argument is not requested.

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

  A. **(X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
  B. **( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

### 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

### 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

  DATED this <u>27th</u> day of <u>June</u>, 2008.

            BY THE COURT:

            *S/John L. Kane*
            U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ WILLIAM E. BENJAMIN 6/24/08<br>WILLIAM E. BENJAMIN<br>5350 Manhattan Circle, Suite 105<br>Boulder, Colorado 80303<br>Telephone: (303) 442-9005<br>Fax: (303) 442-2345<br>E mail: chrisnoel@noelaw.com | Troy Eid<br>UNITED STATES ATTORNEY<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>kevin.traskos@usdoj.gov<br><br>s/ Debra J. Meachum 6/27/08<br>By: DEBRA J. MEACHUM<br>Special Assistant U.S. Attorney<br>Telephone: (303) 844-1570<br>debra.meachum@ssa.gov<br><br>Allan Berger<br>Special Assistant U.S. Attorney<br>Telephone: (303) 844-2149<br>allan.berger@ssa.gov<br><br>Fax: (303) 844-0770<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br><br>Attorneys for Defendant |